UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JESSICA SMITH-HAYNIE,** | ) <br> ) <br> ) |
| Plaintiff, | ) <br> ) |
| v. | )    Civil Action No. 17-cv-2824 (TSC) <br> ) |
| **UNITED STATES VETERANS INITIATIVE,** | ) <br> ) <br> ) <br> ) |
| Defendant. | ) <br> ) |

## ORDER

Consistent with the accompanying Memorandum Opinion (ECF No. 19), Defendant's Motion to Dismiss (ECF No. 16) is GRANTED in part and DENIED in part. To the extent Plaintiff seeks to amend her complaint to add allegations regarding her alleged disability, she must do so by June 22, 2020. Defendant must answer or otherwise respond to the operative complaint by July 13, 2020.

Date: June 1, 2020

*Tanya S. Chutkan*
TANYA S. CHUTKAN
United States District Judge